JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBERLEE GRAVES, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AREAS SKYVIEW LAX JV, LLC, a Florida Limited Liability Company; LESLIE MAZARIEGOS, an Individual and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:25-CV-05172-E<br><br>Assigned to the Hon. Charles F. Eick<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

ORDER

The Court, having considered the Parties' Joint Stipulation to Remand Action to State Court, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff Amberlee Graves' action is remanded to the Los Angeles County Superior Court as Case No. 25TRCV01419.

**IT IS SO ORDERED.**

Dated: August 19, 2025

Hon. Charles F. Eick